ADOLPH GOLDMARK, Respondent, *v.* THE MAGNOLIA ANTI-FRICTION METAL COMPANY, Appellant, Impleaded with Another.

Reported below, 71 App. Div. 617.
(Submitted November 10, 1902; decided November 18, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 15, 1902, affirming a judgment in

favor of plaintiff entered upon a verdict and an order deny-
ing a motion for a new trial.

The motion was made upon the grounds that the exceptions
are frivolous and the appeal taken for delay.

*L. A. Gould* for motion.

*Alexander S. Bacon* opposed.

Motion denied, with ten dollars costs.